|    | **Case Style** | **Case Number** | **Judge** |
|----|---|---|---|
| 1. | Avigilon Corp v. Hawk Technology Systems, LLC | 1:12-cv-23009-DMM | Donald M. Middlebrooks |
| 2. | Hawk Technology Systems, LLC v. Vicon Industries, Inc. | 1:13-cv-20632-CMA | Cecilia M. Altonaga |
| 3. | Hawk Technology Systems, LLC v. BJ's Wholesale Club, Inc. | 1:13-cv-22291-CMA | Cecilia M. Altonaga |
| 4. | Hawk Technology Systems, LLC v. The Container Store, Inc. | 2:13-cv-00576-JRG | Rodney Gilstrap |
| 5. | Hawk Technology Systems, LLC v. Boyd Gaming Corporation | 2:13-cv-00579-JRG | Rodney Gilstrap |
| 6. | Hawk Technology Systems, LLC v. Eldorado Resorts, LLC | 2:13-cv-00580-JRG | Rodney Gilstrap |
| 7. | Hawk Technology Systems, LLC v. Dillard's, Inc. | 2:13-cv-00786-JRG | Rodney Gilstrap |
| 8. | Hawk Technology Systems, LLC v. University of Miami | 1:13-cv-24004-KMM | K. Michael Moore |
| 9. | Hawk Technology Systems, LLC v. Brickell Financial Centre, LLC | 1:13-cv-24005-PAS | Patricia A. Seitz |
| 10. | Hawk Technology Systems, LLC v. Burlington Coat Factory Direct Corporation | 0:13-cv-62415-PAS | Patricia A. Seitz |
| 11. | Hawk Technology Systems, LLC v. Peabody Hotels, Ltd. et al | 6:13-cv-01732-GAP-KRS | Gregory A. Presnell |
| 12. | Genetec Inc. v. Hawk Technology Systems, LLC | 1:13-cv-24235-PAS | Patricia A. Seitz |
| 13. | Hawk Technology Systems, LLC v. Fanuc Robotics Corporation | 2:13-cv-15234-BAF-RSW | Bernard A. Friedman |
| 14. | Hawk Technology Systems, LLC v. Hollywood Beach Resort Rental Program, LLC | 0:13-cv-62819-KMM | K. Michael Moore |
| 15. | Hawk Technology Systems, LLC v. Saker Shoprite, Inc. | 1:13-cv-07895-JBS-JS | Jerome B. Simandle |
| 16. | Hawk Technology Systems, LLC v. Universal City Development Partners, LTD | 6:14-cv-00137-RBD-GJK | Roy B. Dalton, Jr. |
| 17. | Hawk Technology Systems, LLC v. Ritz-Carlton Hotel Company, LLC | 1:14-cv-00299-RM-KMT | Raymond P. Moore |
| 18. | Hawk Technology Systems, LLC v. Costco Wholesale Corporation | 0:14-cv-60164-WJZ | K. Michael Moore |
| 19. | Hawk Technology Systems, LLC v. NCL Corporation Ltd. | 1:14-cv-20430-KMM | K. Michael Moore |
| 20. | Hawk Technology Systems, LLC v. Woodman's Food Market, Inc. | 3:14-cv-00084-SLC | Stephen l. Crocker |
| 21. | Hawk Technology Systems, LLC v. Pacific Langham Chicago | 1:14-cv-00662 | John Z. Lee |

| | | | |
|---|---|---|---|
| 22. | Hawk Technology Systems, LLC v. Loyola University of Chicago | 1:14-cv-00976 | John Z. Lee |
| 23. | Hawk Technology Systems, LLC v. Detroit Entertainment, LLC | 2:14-cv-10782-PDB-MAR | Mark A. Randon |
| 24. | Hawk Technology Systems, LLC v. Old CF, Incorporated | 2:14-cv-10860-GCS-DRG | George Caram Steeh |
| 25. | Hawk Technology Systems, LLC v. United Supermarkets LLC | 2:14-cv-00185-JRG | Rodney Gilstrap |
| 26. | Hawk Technology Systems, LLC v. The Old Evangeline Downs, L.L.C. | 2:14-cv-00216-JRG | Rodney Gilstrap |
| 27. | Hawk Technology Systems, LLC v. Columbia Sportswear USA Corporation | 1:14-cv-21081-KMM | Judge K. Michael Moore |
| 28. | Hawk Technology Systems, LLC v. The Pennsylvania State University | 4:14-cv-00839-MWB | Matthew W. Brann |
| 29. | Hawk Technology Systems, LLC v. Macerich Management Company | 2:14-cv-01181-ODW-AS | Judge Otis D. Wright, II |
| 30. | Hawk Technology Systems, LLC v. Henry Ford Health System | 4:14-cv-12027-LVP-MJH | Linda V. Parker |
| 31. | Hawk Technology Systems, LLC v. Xtreme Indoor Karting, LLC | 0:14-cv-61179-KMM | K. Michael Moore |
| 32. | Hawk Technology Systems, LLC v. Tampa Bay Downs, Inc. | 8:14-cv-01626-MSS-TBM | Mary S. Scriven |
| 33. | Hawk Technology Systems, LLC v. California Cinema Investments Inc. | 2:14-cv-03879-ODW-AS | Otis D. Wright, II |
| 34. | Hawk Technology Systems, LLC v. NCL Corporation Ltd. | 6:14-cv-00800-GAP-GJK | Gregory A. Presnell |
| 35. | Milestone Systems, Inc. v. Hawk Technology Systems, LLC | 1:14-cv-22030-BB | Beth Bloom |
| 36. | Hawk Technology Systems, LLC v. KwikTrip, Inc. | 3:14-cv-00486-jdp | James D. Peterson |
| 37. | Hawk Technology Systems, LLC vs. Benedictine University | 1:14-cv-05124 | Andrea R. Wood |
| 38. | Hawk Technology Systems, LLC vs. DePaul University | 1:14-cv-05531 | Milton I. Shadur |
| 39. | Hawk Technology Systems, LLC v. Hideaway Restaurant, Inc. | 6:14-cv-00341-RAW | Ronald A. White |
| 40. | Hawk Technology Systems, LLC v. Caterpillar, Inc. | 2:14-cv-01135-JFC | Joy Flowers Conti |
| 41. | Hawk Technology Systems, LLC v. Taubman Centers, Inc. | 2:14-cv-13267-SJM-MKM | Stephen J. Murphy, III |
| 42. | Hawk Technology Systems, LLC v. Chico's Fas, Inc. | 2:14-cv-00503-SPC-DNF | Sheri Polster Chappell |
| 43. | Hawk Technology Systems, LLC v. Justice Family Group, LLC | 5:14-cv-25275 | Irene C. Berger |

| | | | |
|---|---|---|---|
| 44. | Hawk Technology Systems, LLC v. Gold Coast Group, LTD | 1:14-cv-06986 | Charles R. Norgle |
| 45. | Hawk Technology Systems, LLC v. Kimpton Hotel & Restaurant | 2:14-cv-08443-CAS-JPR | Christina A. Snyder |
| 46. | Hawk Technology Systems, LLC v. Oerther Foods, Inc. | 6:14-cv-01791-CEM-KRS | Carlos E. Mendoza |
| 47. | Hawk Technology Systems, LLC v. Career Education Corporation | 1:14-cv-08754 | Manish S. Shah |
| 48. | Hawk Technology Systems, LLC v. Breezing Up | 3:14-cv-06844-MLC-DEA | Mary L. Cooper |
| 49. | Hawk Technology Systems, LLC v. Sonic Automotive Inc | 8:14-cv-02747-SDM-AEP | Steven D. Merryday |
| 50. | Hawk Technology Systems, LLC v. Berks Packing Company, Inc | 3:14-cv-06844-MLC-DEA | Gerald A. McHugh |
| 51. | Hawk Technology Systems, LLC v. De La Salle Institute | 1:14-cv-09018 | John W. Darrah |
| 51. | Hawk Technology Systems, LLC v. United Scrap Metal | 3:14-cv-06844-MLC-DEA | John J. Tharp, Jr. |
| 52. | Hawk Technology Systems, LLC v. McCain Foods USA, Inc. | 1:14-cv-09021 | Manish S. Shah |
| 53. | Hawk Technology Systems, LLC v. World Wrestling Entertainment | 6:14-cv-01808-RBD-TBS | Roy B. Dalton, Jr. |
| 54. | Hawk Technology Systems, LLC v. Hilton Worldwide, INC | 6:14-cv-01792-ACC-TBS | Anne C. Conway |
| 55. | Hawk Technology Systems, LLC v. Bethune-Cookman University, Inc. | 6:14-cv-01869-GKS-KRS | G. Kendall Sharp |
| 56. | Hawk Technology Systems, LLC v. JM Auto, Inc., | 0:14-cv-62645-BB | Beth Bloom |
| 57. | Hawk Technology Systems, LLC v. Skechers-U.S.A Inc | 2:14-cv-14445-SJM-MKM | Steven J. Murphy |
| 58. | Hawk Technology Systems,LLC v. First-Citizens Bank & Trust Company | 0:14-CV-62716-DPG | Darrin P. Gayles |
| 59. | Hawk Technology Systems,LLC v. Saint Joseph Health Care | 3:14-cv-07891-MLC-DEA | Douglas E. Arpert |
| 60. | Hawk Technology Systems,LLC v. 1024 Atlantic Avenue, LLC | 6:14-cv-02090-CEM-GJK | Gregory J. Kelly |
| 61. | Hawk Technology Systems,LLC v. TT of Eatonville, Inc | 6:14-cv-02092-RBD-KRS | Darrin P. Gayles |
| 62. | Hawk Technology Systems,LLC v. Boyland Auto Orlando, LLC | 6:14-cv-02091-CEM-KRS | Karla R. Spaulding |
| 63. | Hawk Technology Systems,LLC v. Retail Services & Systems, LLC | 1:15-cv-20386-JEM | Jose E. Martinez |

| 64. | Hawk Technology Systems, LLC v. IMG Academy, LLC | 15-cv-00236-JDW-TBM | James D. Whittemor |
|---|---|---|---|
| 65. | Hawk Technology Systems, LLC v. Barnes and Noble College Booksellers, LLC | 2:15-cv-10426-DML-RSW | James D. Whittemor |
| 66. | Hawk Technology Systems, LLC v. Pacific Yogurt Partners LLC, | 8:15-cv-00589-AG-DFM | Andrew J. Guilford |
| 67. | Hawk Technology Systems, LLC v. Barrett-Jackson Auction Company, LLC | 9:15-cv-80576-RLR | Robin L. Rosenberg |
| 68. | Hawk Technology Systems, LLC v. Players Poker Club, Inc. | 2:15-cv-03580 | Andre Birotte, Jr. |
| 69. | Hawk Technology Systems, LLC v. Strand Book Store, Inc. | 1:15-cv-04207-KPF | Katherine Polk Failla |
| 70. | Hawk Technology Systems, LLC v. Monticello Banking Company | 6:15-cv-00094-GFVT | Gregory F. VanTatenhove |
| 71. | Dallmeier Electronic USA Inc. v. Hawk Technology Systems, LLC | 4:15-cv-02504-KAW | Kandis A. Westmore |
| 72. | Hawk Technology Systems, LLC v. International Market Centers, LP | 2:15-cv-01088-MMD-CWH | Miranda M. Du |
| 73. | Hawk Technology Systems, LLC v. Colorado Belle Gaming, LLC | 2:15-cv-01095-JAD-NJK | Nancy J. Koppe |
| 74. | Hawk Technology Systems, LLC v. Stronach Group Limited Partnership | 1:15-cv-22200-CMA | Cecilia M. Altonaga |